UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IANA RODIONOVA, et al.,<br>Plaintiffs,<br>v.<br>QATAR AIRWAYS GROUP (Q.C.S.C.), et al.,<br>Defendants. | Case No. 26-cv-09609-TSH<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 9 |

Plaintiff Iana Rodionova moves for reconsideration of the September 10, 2026 order denying leave to file and dismissing miscellaneous action No. 26-mc-80278-RS. ECF No. 9. For the reasons stated below, the Court finds the motion was improperly filed in this case, as any request for relief must be brought in the miscellaneous action.

On June 23, 2026, Plaintiff Sergey Firsov was declared a vexatious litigant and made subject to a prefiling review order concerning complaints against airlines. *See Firsov v. Scandinavian Airlines System*, No. 25-cv-03691-EMC, ECF No. 113. The scope of that order was subsequently extended to complaints against persons or entities that are part of, or related to, the airline industry. *Id.*, ECF No. 124. As set out in the prefiling review order, if Firsov wishes to file a pro se complaint or other case-initiating document against an airline or related person or entity, he must first provide the Clerk with the proposed complaint and a letter explaining why the filing is not frivolous legally and factually, along with a copy of the prefiling review order.

On September 4, 2026, Firsov submitted a complaint against Qatar Airways Group, among others. Through administrative error, the complaint was filed as this case, No. 26-cv-09609, without prior review and approval by the General Duty Judge as the prefiling review order requires. On September 10, 2026, Firsov initiated miscellaneous action No. 26-mc-80278-RS,

United States District Court
Northern District of California

seeking leave to file the complaint.

On September 10, 2026, the General Duty Judge, the Honorable Richard Seeborg, issued an order in 26-mc-80278. The order bears the caption and number of the miscellaneous action. Judge Seeborg held that the miscellaneous action was procedurally improper and dismissed it. He further found that, even considering the materials Firsov submitted in the miscellaneous action, Firsov made no showing that the complaint is not frivolous. Because the complaint in 26-cv-09609 had been filed through administrative error, Judge Seeborg struck it and ordered that this case "shall be permanently closed." One day later, Judge Seeborg's order was also filed in 26-cv-09609 at ECF No. 8.

On September 15, 2026, Rodionova filed the present motion in this closed case. She contends the dismissal violated her due process rights, that she received no notice or opportunity to be heard, and that the dismissal should have been limited to Firsov. Mot. at 1–3. She asks that the dismissal order be vacated. *Id.* at 3. However, as Rodionova seeks relief from Judge Seeborg's order in the miscellaneous action, her request is tied to that order and to the prefiling review process. This case, No. 26-cv-09609, has been permanently closed and has no live proceedings in which a motion for reconsideration can be heard. Accordingly, because the motion was filed in the wrong case, it is **DENIED WITHOUT PREJUDICE** to refiling in 26-mc-80278. The Court expresses no view on the merits or procedural sufficiency of any such motion. This civil action remains closed.

**IT IS SO ORDERED.**

Dated: October 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California